Lance E. Armo (SBN 176561)
MARDEROSIAN, RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170
Email: larmo@mrcl-law.com

Attorneys for: Defendants DONALD C. WENIG, individually and dba MINUTEMAN PRESS; DEAN PATRICK HEGARTY, individually and dba HEGARTY CHIROPRACTIC; RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS; KARAM GOGAN, individually and dba INDIA BAZAR; AND ; Z SQUARE ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD C. WENIG, individually and dba MINUTEMAN PRESS; DEAN PATRICK HEGARTY, individually and dba HEGARTY CHIROPRACTIC; RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS; KARAM GOGAN, individually and dba INDIA BAZAR; AND ; Z SQUARE ASSOCIATES, LLC,<br><br>    Defendants. | Case No.: 2:08-CV-02520 LKK DAD<br><br>**SUBSTITUTION OF ATTORNEY; ORDER** |

TO THE COURT AND ALL PARTIES HERETO:

PLEASE TAKE NOTICE THAT pro se defendants DONALD C. WENIG, individually and dba MINUTEMAN PRESS hereby substitute as their legal representative Lance E. Armo (SBN 176461) of the law firm of Marderosian, Runyon, Cercone, Lehman & Armo, 1260 Fulton Mall, Fresno, CA 93721, telephone: (559) 441-7991, facsimile: (559) 441-8170, email: larmo@mrcl-law.com.

///

///

///

```
```

1   I hereby consent to the above substitution.

2

3   Dated: December 10, 2008.                          /s/ Donald C. Wenig
                                                     DONALD C. WENIG, individually and dba
4                                                    MINUTEMAN PRESS

5

6   Dated: December 11, 2008.                        MARDEROSIAN, RUNYON, CERCONE,
                                                     LEHMAN & ARMO
7

8
                                                     By:  /s/ Lance E. Armo
9                                                        Lance E. Armo
                                                         Attorneys for Defendants above-named.
10

11

12                                          **ORDER**

13      **IT IS SO ORDERED.**

14

15  Dated: December 15, 2008.

16                                                   _____
                                                     LAWRENCE K. KARLTON
17                                                   SENIOR JUDGE
                                                     UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN, RUNYON,
CERCONE, LEHMAN
& ARMO
1260 Fulton Mall
Fresno, CA 93721