| | |
|---|---|
| 1 | Lance E. Armo (SBN 176561) |
| 2 | MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO |
| 3 | 1260 Fulton Mall<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 441-7991<br>Facsimile: (559) 441-8170 |
| 5 | Email: larmo@mrcl-law.com |
| 6 | Attorneys for: Defendants DONALD C. WENIG, individually and dba MINUTEMAN PRESS; DEAN PATRICK HEGARTY, individually and dba HEGARTY |
| 7 | CHIROPRACTIC; RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS; KARAM GOGAN, individually and dba INDIA BAZAR; AND ; Z |
| 8 | SQUARE ASSOCIATES, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No.: 2:08-CV-02520 LKK DAD |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY; ORDER** |
| v. | |
| DONALD C. WENIG, individually and dba MINUTEMAN PRESS; DEAN PATRICK HEGARTY, individually and dba HEGARTY CHIROPRACTIC; RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS; KARAM GOGAN, individually and dba INDIA BAZAR; AND ; Z SQUARE ASSOCIATES, LLC, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES HERETO:

PLEASE TAKE NOTICE THAT pro se defendants KARAM GOGAN, individually and dba INDIA BAZAR hereby substitute as their legal representative Lance E. Armo (SBN 176461) of the law firm of Marderosian, Runyon, Cercone, Lehman & Armo, 1260 Fulton Mall, Fresno, CA 93721, telephone: (559) 441-7991, facsimile: (559) 441-8170, email: larmo@mrcl-law.com.

///

///

///

1 | I hereby consent to the above substitution.

Dated: December 10, 2008.                     /s/ Karam Gogan
                                              KARAM GOGAN, individually and dba
                                              INDIA BAZAR


Dated: December 11, 2008.                     MARDEROSIAN, RUNYON, CERCONE,
                                              LEHMAN & ARMO


                                              By:    /s/ Lance E. Armo
                                                   Lance E. Armo
                                                   Attorneys for Defendants above-named.

**ORDER**

**IT IS SO ORDERED.**

Dated: December 15, 2008.

                                              _____
                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT