| | |
|---|---|
| 1 | Lance E. Armo (SBN 176561) |
| 2 | MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO |
| 3 | 1260 Fulton Mall<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 441-7991<br>Facsimile: (559) 441-8170 |
| 5 | Email: larmo@mrcl-law.com |

Attorneys for:  Defendants DONALD C. WENIG, individually and dba MINUTEMAN PRESS; DEAN PATRICK HEGARTY, individually and dba HEGARTY CHIROPRACTIC; RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS; KARAM GOGAN, individually and dba INDIA BAZAR; AND ; Z SQUARE ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD C. WENIG, individually and dba MINUTEMAN PRESS; DEAN PATRICK HEGARTY, individually and dba HEGARTY CHIROPRACTIC; RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS; KARAM GOGAN, individually and dba INDIA BAZAR; AND ; Z SQUARE ASSOCIATES, LLC,<br><br>　　　　　　Defendants. | Case No.: 2:08-CV-02520 LKK DAD<br><br>**SUBSTITUTION OF ATTORNEY; ORDER** |

TO THE COURT AND ALL PARTIES HERETO:

PLEASE TAKE NOTICE THAT pro se defendants RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS hereby substitute as their legal representative Lance E. Armo (SBN 176461) of the law firm of Marderosian, Runyon, Cercone, Lehman & Armo, 1260 Fulton Mall, Fresno, CA 93721, telephone: (559) 441-7991, facsimile: (559) 441-8170, email: larmo@mrcl-law.com.

///

///

///

I hereby consent to the above substitution.

Dated: December 10, 2008.                    /s/ Ronda Smith-Muhajir
                                             RONDA SMITH-MUHAJIR, individually
                                             and dba HEALTHY HAIR PLUS

Dated: December 11, 2008.                    MARDEROSIAN, RUNYON, CERCONE,
                                             LEHMAN & ARMO


                                             By:  /s/ Lance E. Armo
                                                  Lance E. Armo
                                                  Attorneys for Defendants above-named.

**ORDER**

**IT IS SO ORDERED.**

Dated: December 15, 2008.

                                             _____
                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT