Lance E. Armo (SBN 176561)
MARDEROSIAN, RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170
Email: larmo@mrcl-law.com

Attorneys for: Defendants DONALD C. WENIG, individually and dba MINUTEMAN PRESS; DEAN PATRICK HEGARTY, individually and dba HEGARTY CHIROPRACTIC; RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS; KARAM GOGAN, individually and dba INDIA BAZAR; AND ; Z SQUARE ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT N. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> DONALD C. WENIG, individually and dba MINUTEMAN PRESS; DEAN PATRICK HEGARTY, individually and dba HEGARTY CHIROPRACTIC; RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS; KARAM GOGAN, individually and dba INDIA BAZAR; AND ; Z SQUARE ASSOCIATES, LLC, <br><br> Defendants. | Case No.: 2:08-CV-02520 LKK DAD <br><br> **STIPULATED DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff SCOTT N. JOHNSON and defendants DONALD C. WENIG, individually and dba MINUTEMAN PRESS, DEAN PATRICK HEGARTY, individually and dba HEGARTY CHIROPRACTIC, RONDA SMITH-MUHAJIR, individually and dba HEALTHY HAIR PLUS, KARAM GOGAN, individually and dba INDIA BAZAR, and , Z SQUARE ASSOCIATES, LLC, through their respective counsel,

///

///

///

that defendant **DEAN PATRICK HEGARTY, individually and dba HEGARTY CHIROPRACTIC, only, be dismissed** with prejudice in this matter.

Dated: July 29, 2009.   MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By: /s/ Lance E. Armo
    Lance E. Armo
    Attorneys for Defendants above-named.

Dated: July 29, 2009.   LAW OFFICES OF SCOTT N. JOHNSON

By: /s/ Scott N. Johnson
    Scott N. Johnson
    Attorney for Plaintiff above-named.

IT IS SO ORDERED.

Dated: July 29, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT